UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| JOEL F. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07CV349 |
| v. | ) | |
| | ) | **ORDER** |
| CONTINENTAL CARBONIC PRODUCTS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

By agreement of the parties as reflected in the Joint Rule 26(f) Report and in the consent motion to consolidate, IT IS ORDERED that Plaintiff be permitted to file the first amended complaint as reflected in an attachment to the consent motion to consolidate. The amended complaint must be filed forthwith and an answer to the amended complaint must be filed within the time allowed by the rules. IT IS A SPECIFIC CONDITION TO THE ENTRY OF THIS ORDER that the parties forthwith file a stipulation of dismissal in the case styled *Joel F. Brown v. Continental Carbonic Products, Inc.*, No.1:07CV365 MDNC.[1]

_____
Wallace W. Dixon
United States Magistrate Judge

August 7, 2007

---

[1] With the filing of this order, the clerk is directed to mark document no. 11 as closed.